☒ MENDED

**Fill in this information to identify the case:**

Debtor: Beyond Costumes, Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number: 25-22261
(if known)

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule /B:  ssets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List  ll Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____ <br> *Check all that apply* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $_____ |
| | **Basis for the claim:** | | |
| Date or dates debt was incurred | | | |
| Last 4 digits of account number _____ | **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____ <br> *Check all that apply* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $_____ |
| | **Basis for the claim:** | | |
| Date or dates debt was incurred | | | |
| Last 4 digits of account number _____ | **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____ <br> *Check all that apply* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $_____ |
| | **Basis for the claim:** | | |
| Date or dates debt was incurred | | | |
| Last 4 digits of account number _____ | **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

☒ **MENDED**

Debtor    Beyond Costumes, Inc.
_____
Name

Case number (if known) 25-22261
_____

## Part 2:    List    ll Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
R.J. Rose Realty, LLC
500 Nepperhan venue
Yonkers, NY 10701

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$ 150,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

☒ MENDED

| Debtor | Beyond Costumes, Inc. | Case number (if k ow ) 25-22261 |
|---|---|---|
| | Name | |

### Part 3: List Others to Be Notified bout Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4 1. | Law Offices of Gerry E. Feinberg, P.C. 711 Westchester venue, Suite 405 West Harrison, NY 10604 | Line _____ ☐ Not listed. Explain: | |
| 4 2. | Law Offices of Gerry E. Feinberg, P.C. 711 Westchester venue, Suite 405 West Harrison, NY, 10604 | Line 3.1 ☐ Not listed. Explain | |
| 4 3. | | Line _____ ☐ Not listed. Explain | |
| 4.4. | | Line _____ ☐ Not listed. Explain | |
| 41. | | Line _____ ☐ Not listed. Explain | |
| 4.5. | | Line _____ ☐ Not listed. Explain | |
| 4 6. | | Line _____ ☐ Not listed. Explain | |
| 4 7. | | Line _____ ☐ Not listed. Explain | |
| 4 8. | | Line _____ ☐ Not listed. Explain | |
| 4 9. | | Line _____ ☐ Not listed. Explain | |
| 4 10. | | Line _____ ☐ Not listed. Explain | |
| 4 11. | | Line _____ ☐ Not listed. Explain | |

☒ MENDED

| Debtor | Beyond Costumes, Inc. | Case number (if known) | 25-22261 |
|---|---|---|---|
| | Name | | |

## Part 4:    Total  mounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | | 5b.    + | $ 150,000.00 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | | 5c. | $ 150,000.00 |